IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| DECOURTNEY MORGAN | § | |
| VS. | § | CIVIL ACTION NO. 9:18-CV-110 |
| LUFKIN POLICE DEPARTMENT, *et al.*, | § | |

## MEMORANDUM OPINION AND ORDER
## OVERRULING OBJECTIONS AND ADOPTING REPORT AND RECOMMENDATION

Plaintiff, Decourtney Morgan, proceeding *pro se*, filed this civil rights complaint pursuant to 42 U.S.C. § 1983 against defendants the Lufkin Police Department, R. Scott and Sergeant Strickland.

The Court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends Defendants' Motion to Dismiss filed pursuant to Federal Rule of Civil Procedure 12(b)(6) be granted.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the records, and pleadings. Plaintiff filed objections to the Report and Recommendation of United States Magistrate Judge. This requires a *de novo* review of the objections in relation to the pleadings and applicable law. *See* FED. R. CIV. P. 72(b).

As outlined by the Magistrate Judge, plaintiff's claims are barred by the statute of limitations. Plaintiff knew or should have known of the facts supporting his claim in April 10, 2015 when the warrant he complains of was executed. *Helton v. Clements*, 832 F.2d 332, 335 (5th Cir. 1987).

## ORDER

Accordingly, plaintiff's objections are **OVERRULED**. The findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A Final Judgment will be entered in accordance with the recommendations of the Magistrate Judge.

So **ORDERED** and **SIGNED March 21, 2019.**

*/s/ Ron Clark*
Ron Clark, Senior District Judge